# United States Court of Appeals
## For the First Circuit

No. 08-1028

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ DEL CARMEN CARDALES-LUNA,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on January 20, 2011, is amended as follows:

On p.16, lines 18-19, should read: "... in which four of the crew members were found guilty, while three were acquitted."

On p.34, line 19, insert a closing parenthesis after "Supremacy Clause."

On p.43, line 22, and p.44, line 2, should read: "UNCAITNDPS"